```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       SOUTHERN DIVISION
                       No. 7:15-CV-49-D

BRENDA LEE GOBLE,                 )
          Plaintiff,              )
                                  )
     v.                           )    O R D E R
                                  )
CAROLYN W. COLVIN, Acting         )
Commissioner of Social Security,  )
          Defendant.              )
```

For good cause having been shown upon the Motion by Defendant, it is hereby

ORDERED that the Defendant be allowed up to and including July 20, 2015, to respond to Plaintiff's Complaint.

So ORDERED. This **26** day of May 2015.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge