UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BRENDA LEE GOBLE,  )
  )
  )
    Plaintiff,  )
  )  **JUDGMENT**
v.  )
  )  No. 7:15-CV-49-RN
CAROLYN W. COLVIN,  )
*Acting Commissioner of Social Security,*  )
  )
    Defendant.  )

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Goble's Motion for Judgment on the Pleadings, DENIES Colvin's Motion for Judgment on the Pleadings, and REMANDS the matter to the Commissioner for further consideration.**

This Judgment Filed and Entered on June 8, 2016 with service on:
James B. Gillespie, Jr., Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon, R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)

Date: June 8, 2016                                          JULIE RICHARDS JOHNSTON, CLERK

                                                                  Lauren Herrmann, Deputy Clerk