IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CV-00049-RN

| | | |
|---|---|---|
| BRENDA LEE GOBLE, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING ATTORNEY |
| | ) | FEES UNDER THE EQUAL |
| v. | ) | ACCESS TO JUSTICE ACT |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff the sum of $5,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Michael G. Gillespie, and mailed to his office at 415 Chestnut Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

Dated: August 29, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge